# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2789 Disciplinary Docket No. 3 |
| | : |
| DIANE L. ROHRMAN | : No. 54 DB 2021 |
| | : |
| | : (Chester County Court of Common Pleas, |
| | : Criminal Division No. CP-15-CR-4231-2019) |
| | : |
| | : Attorney Registration No. 88124 |
| | : |
| | : (Chester County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2021, the Joint Petition for Temporary Suspension is granted, Diane L. Rohrman is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and she shall comply with all the provisions of Pa.R.D.E. 217.

    Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order are specifically preserved. *See* Pa.R.D.E. 214(f)(2).